UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re )  
) CHAPTER 7  
)  
ROY LEE THURMAN ) CASE NUMBER 2-02-17290-PHX-GBN  
SHARON LEE THURMAN )  
Debtor (s) ) APPLICATION FOR PAYMENT  
) OF UNCLAIMED FUNDS

FILED 2005 APR 25 P 3: 25

There having been a dividend check in the above-named case issued to Advanta Business Card, in the amount of $6,394.73 and said check having not been cashed by said payee, the Trustee pursuant to 11 U. S. C. § 347 (a) of the Bankruptcy Court paid this unclaimed money to the Clerk U. S. Bankruptcy Court, which was deposited in the United States Treasury.

Application is hereby made for the Clerk, U. S. Bankruptcy Court to pay this unclaimed money to

JEFF HARMAN
COLLECTIONS - RECOVERY

Authorized Signer for Advanta Business Card - *Signature required*

A copy of this application was
mailed or __4/21/2005__ to:
(Date)
United States Attorney
2 Renaissance Square
40 North Central Avenue, #1200
Phoenix, AZ 85004-4408
by: _____ JEFF HARMAN _____
*Advanta Business Card*
*Signature Required*

Copy: Ronic

Thursday, April 28, 2005.max

LAST STATEMENT ON FILE


www.advanta.com

**PAYMENT INFORMATION**

Account Number: 5477 5326 3776 0005
Payment Due Date: NOW DUE
New Balance: 14,451.00
Minimum Payment Due: 1,294.00

Please check here if address, phone or e-mail changes are indicated on reverse side ☐

PLEASE WRITE IN PAYMENT ENCLOSED:

MAKE PAYMENT TO

ADVANTA BANK CORP
PO BOX 8088
PHILADELPHIA, PA 19101-8088

TMW PRECISION MACHINE               32559
ROY THURMAN
508 N 81ST PL
MESA AZ 85207-6740

5477532637760005 1445100 0129400



Detach Top Portion and Enclose with Payment

## ADVANTA EXECUTIVE BUSINESS CARD STATEMENT

**EXECUTIVE BUSINESS CARD**

### ACCOUNT SUMMARY

| | |
|---|---|
| Account Number | 5477 5326 3776 0005 |
| Total Credit Limit | 30,000.00 |
| Total Credit Available | 0.00 |
| Cash Advance Credit Limit | 15,000.00 |
| Cash Advance Credit Available | 0.00 |
| Billing Cycle Closing Date | 12/26/02 |
| Days In Billing Cycle | 30 |
| Payment Due Date | NOW DUE |
| **Minimum Payment Due** | **1,294.00** |

### BALANCE SUMMARY

| | |
|---|---|
| Previous Balance | 14,451.00 |
| (+) Purchases & Cash Advances | 0.00 |
| (+) Miscellaneous Fees | 0.00 |
| (+) Finance Charge | 0.00 |
| (-) Payments | 0.00 |
| (-) Credits | 0.00 |
| (=) New Balance | 14,451.00 |

### IMPORTANT NEWS

TOTAL *FINANCE CHARGE* BILLED IN 2002 $723.70

### FINANCE CHARGES

| | Average Daily Balance | Nominal Annual Percentage Rate | Daily Periodic Rate | Annual Percentage Rate | Finance Charges Due to Daily Periodic Rates | Finance Charges Transaction Fees |
|---|---|---|---|---|---|---|
| Purchases | 0.00 | 21.99% | .06107% | 21.99% | 0.00 | 0.00 |
| Cash Advances | 0.00 | 22.99% | .06385% | 22.99% | 0.00 | 0.00 |

### PAYMENT SUMMARY

| | |
|---|---|
| Payment Due | 325.00 |
| + Amount Over Credit Limit | 0.00 |
| + Past Due Amount | 969.00 |
| = Minimum Payment Due | 1,294.00 |

### FOR CUSTOMER SERVICE, PLEASE CONTACT US:

**Online** www.advanta.com

**By Mail:** Advanta Bank Corp. P.O. Box 30715, Salt Lake City, UT 84130-0715

**By Phone:** 1-800-705-7255

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

5962 0000 X6C   1   3 18  021226   B D Page 1 of 1   8377 2600 A649 01AA5962   32559

Thursday, April 28, 2005 (2).max



Jeffrey Harman
53383

# District of Arizona Claims Register

cru 3/24
Followup 4/18

## 2:02-bk-17290-GBN ROY LEE THURMAN and SHARON LEE THURMAN CASE CLOSED on 11/17/2004
### Judge George B. Nielsen, Jr.
### Debtor Name: THURMAN, ROY LEE

| Claim No: 1 | Creditor Name: WELLS FARGO BANK NA<br>SPEC RECOVERY MANAGER: LAURA O'BRIE<br>C/O WELL FARGO & COMPANY<br>PO BOX 53476<br>PHOENIX AZ 85072 | Last Date to File Claims:<br>Last Date to File (Govt):<br>Filing Status:<br>Docket Status:<br>Late: N |
|---|---|---|
| Claim Date: 10/14/200 | Amends Claim No:<br>Amended By Claim No: | Duplicates Claim No:<br>Duplicated By Claim No: |
| **Class** | **Amount Claimed** | **Amount Allowed** |
| Unsecured | $1971.65 | |
| **Total** | **$1971.65** | |

Description: 5474-6442 4698-3325

Remarks: 888-715-431 X3232

| Claim No: 2 | Creditor Name: ADVANTA BUSINESS CARDS<br>ADVANTA BUSINESS CARDS & LEGAL RECOVERY<br>1020 LAUREL OAK ROAD<br>VOORHEES NJ 08043 | Last Date to File Claims:<br>Last Date to File (Govt):<br>Filing Status:<br>Docket Status:<br>Late: N |
|---|---|---|
| Claim Date: 10/20/200 | Amends Claim No:<br>Amended By Claim No: | Duplicates Claim No:<br>Duplicated By Claim No: |
| **Class** | **Amount Claimed** | **Amount Allowed** |
| Unsecured | $14451.00 | *unclaimed 6394.73 — check issued but never negotiated* |
| **Total** | **$14451.00** | |

Description: 54775326 7769014

Remarks:

## Claims Register Summary

**Case Name:** ROY LEE THURMAN and SHARON LEE THURMAN
**Case Number:** 2:2002-bk-17290-GBN
**Chapter:** 7
**Date Filed:** 10/28/2002
**Total Number Of Claims:** 2

| | Total Amount Claimed | Total Amount Allowed |
|---|---|---|
| **Unsecured** | $16422.65 | |
| **Secured** | | |
| **Priority** | | |
| **Unknown** | | |
| **Administrative** | | |
| **Total** | $16422.65 | |